# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **STEVEN SMITH, #184725,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 16-0588-CG-N |
| | ) |
| **G. SALTER, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, Defendants Warden Rabon, Warden Mitchell, Warden Stewart, Captain Fails, Captain Rouse, and Warden Davenport are **DISMISSED** from the action because the claims against them are due to be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**DONE** and **ORDERED** this 21st day of July, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE