IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN SMITH, #184725, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 16-0588-CG-N |
| G. SALTER, et al., | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Steven Smith recover nothing, and the claims made against Defendants Corizon, LLC, Gavin Salter, Regina Bolar, Deveron Brown, and Ervin Dailey are hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 15th day of March, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE